*In re* Elsie Prieto Ferrer.

*Número:* TS-8710          *Resuelto:* 23 de febrero de 2005

*Eliezer Aldarondo Ortiz* y *Rosa Campos Silva*, abogados de la peticionaria; *Elsie L. Prieto Ferrer*, por derecho propio.

## RESOLUCIÓN

Atendida la solicitud de reinstalación al ejercicio de la notaría presentada por la Lcda. Elsie Prieto Ferrer, se autoriza su reinstalación al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez conce-

dería un término a la Oficina de Inspección de Notarías para expresarse.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*